JS - 6/ENTER

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| HENRY A. JONES,<br><br>    Petitioner,<br><br>    v.<br><br>TIM VIRGA, WARDEN,<br><br>    Respondent. | Case No. EDCV 12-2279-DDP (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the petition is dismissed without prejudice.

Dated: February 20, 2013



Dean D. Pregerson
United States District Judge