JS - 6/ENTER

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| HENRY A. JONES, | Case No. EDCV 12-2279-DDP (MLG) |
| Petitioner, | JUDGMENT |
| v. | |
| TIM VIRGA, WARDEN, | |
| Respondent. | |

IT IS ADJUDGED that the petition is dismissed without prejudice.

Dated: February 20, 2013

_____
Dean D. Pregerson
United States District Judge

